CONSTANTINO FLORES
Bankruptcy Trustee
P.O. BOX 511
PHOENIX, AZ  85001-0511
(602) 274-4200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| REEDY, EDWARD SHAYNE | ) | CASE NO. 05-16783-PHX-GBN |
| REEDY, CHRISTINA MARIE | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

CONSTANTINO FLORES, Trustee, reports that the following dividend checks have been issued

and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 3005 | 3/20/09 | Arizona Department of Revenue Bankruptcy Unit-TCS 1600 W. Monroe #710 Phoenix, AZ  85007-2650 | $950.00 |

April 20, 2010
_____
DATE

/s/ Constantino Flores
_____
Constantino Flores, Trustee